IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :

v.                                  :    Criminal No. 22-199-6

JOSEPH GRECO                        :

### STATEMENT OF DEFENDANT, JOSEPH GRECO

I, Joseph Greco, make the following statement:

1. I am a defendant in the above-captioned criminal Information;
2. I am represented by Hope C. Lefeber, Esquire;
3. I reside in California and wish to proceed with my arraignment and change of plea hearing by video teleconference.
4. My counsel has explained to me that I have a right to an in-person arraignment and change of plea hearing. Nonetheless, I wish to proceed by video teleconference. My counsel is in agreement with my decision.

Dated:

7/9/22

Joseph Greco