Hope C. Lefeber, Esquire
I.D. No. 31102
Hope C. Lefeber, LLC
Two Penn Center
1500 JFK Boulevard; Suite 1205
Philadelphia, PA   19102
(610) 668-7927                                              Attorney for Defendant
_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL No. 22-199-6 |
| **JOSEPH GRECO** | : | |

## PROTOCOL FOR EXECUTION OF GUILTY PLEA AGREEMENT, WAIVER OF INDICTMENT AND ACKNOWLEDGEMENT OF RIGHTS

The defendant, Joseph Greco, by and through his counsel, Hope C. Lefeber, and the government, by and through Judy Smith, Assistant United States Attorney, hereby propose the following protocol for the execution of the Guilty Plea Agreement, Waiver of Indictment and Acknowledgement of Rights in the above-captioned case:

1. The defendant will sign and send the Guilty Plea Agreement, Waiver of Indictment and Acknowledgement of Rights, by overnight mail to his counsel;

2. Defense counsel will sign and have the executed documents delivered to the government for electronic signature;

3. The government will send copies of the fully executed documents to defense counsel who will forward same to the defendant;

4. The government will also cause to be delivered the original documents to the Court;

5. In advance of the video teleconference, defense counsel will confirm with the defendant that he has, in his possession, copies of the executed documents;

6. The defendant will have the executed documents in front of him during the video teleconference so that he can confirm his signatures.

Respectfully submitted,

HOPE C. LEFEBER, LLC

By:

_____
HOPE C. LEFEBER, ESQUIRE

**Approved:**

*/s/ Wendy Beetlestone*
_____
Honorable Wendy Beetlestone

**Date:** July 12, 2022